IN RE D.M.W.

[360 N.C. 583 (2006)]

IN RE D.M.W.

No. 671PA05

(Filed 6 October 2006)

**Termination of Parental Rights— neglect—failure to comply with DSS case plan**

The Court of Appeals decision reversing an order terminating respondent mother's parental rights on the ground of neglect is reversed for the reason stated in the dissenting opinion in the Court of Appeals that there was clear, cogent and convincing evidence in the record to support the trial court's finding that respondent failed to complete substance abuse treatment, domestic violence counseling and parenting classes required by her case plan with DSS even though she took some classes while incarcerated.

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) and N.C. Rule of Appellate Procedure 21(a)(2) to review a decision of a divided panel of the Court of Appeals, 173 N.C. App. 679, 619 S.E.2d 910 (2005), reversing an order terminating respondent's parental rights entered 26 August 2004 by Judge Avril U. Sisk in District Court, Mecklenburg County. Heard in the Supreme Court 11 September 2006.

*Mecklenburg County Attorney's Office, by J. Edward Yeager, Jr., for petitioner-appellant Mecklenburg County Department of Social Services, and Matt McKay, Attorney Advocate, for appellant Guardian ad Litem.*

*Richard Croutharmel for respondent-appellee mother.*

PER CURIAM.

For the reasons stated in the dissenting opinion, the decision of the Court of Appeals is reversed.

REVERSED.